

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00073-CV

———————————————

IN RE KINGSBURY HANDYMAN & REMODELING, LLC, KING COM BORING, LLC, AND JEREMY KINGSBURY, Relators

Original Proceeding
17th District Court of Tarrant County, Texas
Trial Court No. 017-309225-19

Before Kerr, Bassel, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  March 10, 2022